UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JANA N. KNOWLES                                                                    PLAINTIFF

vs.                                                                    CIVIL NO. 1:06CV224-M-B

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                                 DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES

**THIS DAY** this cause having come on for hearing on the Attorney for Plaintiff's *Ore Tenus* Motion for Extension of time in which to file a Memorandum of Authorities in the above cause, and the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does

**ORDER** that the Plaintiff herein is hereby allowed an extension of time in which to file his Memorandum of Authorities in the above styled and numbered cause, said extension to run through and including the 18th day of July, 2007.

This, the 9th day of May, 2007.

                                                    /s/ Eugene M. Bogen
                                                     U. S. MAGISTRATE JUDGE